# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

~~~~~~~~~~~~~~~~~~~~~~~~~~~~

In re:

Paula F. Harrington

Chapter 13
Case No. 16-10095 -MSH

Debtor.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~

## ORDER

Upon consideration of the Motion of the Chapter 13 Trustee to Dismiss the case in which the Chapter 13 Trustee represents, *inter alia,* that the Debtor is in arrears under her Chapter 13 Plan and the response filed by the Debtor, the Court may dismiss this case without further notice on or after August 29, 2016, unless prior to that date, the Debtor files (i) a joint stipulation providing for an agreed-upon schedule for payment of the arrearage or (ii) an affidavit, supported by copies of checks or money orders made payable to the Chapter 13 Trustee, that she has cured all plan arrears that are the subject of the trustee's motion to dismiss and is current on all payments which became due subsequent to the motion being filed, and which indicates the source of the funds used to cure the arrears. Within ten (10) days of the filing of any such affidavit by the Debtor, the Chapter 13 Trustee shall file either a Notice of Withdrawal with respect to the Motion to Dismiss or a Certificate of Non-Compliance stating that the Debtor failed to cure all plan arrears.

By the Court,

Dated: July 29, 2016

_____
Melvin S. Hoffman
United States Bankruptcy Judge