UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re                                                    Case No. 16-10095-MSH

Paula F. Harrington                                      Chapter 13
                 Debtor

### DEBTOR'S MOTION TO EXTEND TIME TO FILE AN AGREED ORDER

Paula F. Harrington, the Debtor in the above-captioned action, moves to extend the deadline to file an Agreed Order regarding the Chapter 13 Trustee's Motion to Dismiss until Wednesday, August 31.  In support, counsel states he has not yet had an opportunity to speak to the Debtor.

                                        Respectfully submitted,
                                        Through counsel,

Dated:  August 29, 2016                 */s/ Thomas C. Benner*
                                        Thomas C. Benner
                                        Benner & Weinkauf, P.C.
                                        33 Samoset Street
                                        Plymouth, MA  02360
                                        (508) 746-8030
                                        BBO# 655483
                                        tbenner@tbennerlaw.com

CERTIFICATE OF SERVICE

      I, Thomas C. Benner, certify that on August 29, 2016, a true and accurate copy of the foregoing Response was served on the following parties via first class mail, postage pre-paid or electronically.

By CM/ECF system:

John Fitzgerald, Office of the United States Trustee
Carolyn Bankowski, Chapter 13 Trustee

By regular mail, postage pre-paid:

Paula F. Harrington
801 Federal Furnace Road
Plymouth, MA 02360

                                                      */s/ Thomas C. Benner*
                                                      Thomas C. Benner
                                                      Benner & Weinkauf, P.C.
                                                      33 Samoset Street
                                                      Plymouth, MA  02360
                                                      (508) 746-8030
                                                      BBO# 655483
                                                      tbenner@tbennerlaw.com