UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re                                              Case No. 16-10095-MSH

Paula F. Harrington                                Chapter 13
        Debtor

### DEBTOR'S MOTION TO EXTEND TIME TO FILE AN AGREED ORDER

    Paula F. Harrington, the Debtor in the above-captioned action, moves to extend the deadline to file an Agreed Order regarding the Chapter 13 Trustee's Motion to Dismiss until Wednesday, August 31. In support, counsel states he has not yet had an opportunity to speak to the Debtor.

                                                              Respectfully submitted,
                                                             Through counsel,

Dated: August 29, 2016                  */s/ Thomas C. Benner*
                                                             Thomas C. Benner
                                                              Benner & Weinkauf, P.C.
                                                              33 Samoset Street
                                                              Plymouth, MA  02360
                                                              (508) 746-8030
                                                              BBO# 655483
                                                              tbenner@tbennerlaw.com

08/30/2016 ALLOWED.